AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Jordan, Robert L. | 2. Court or Organization  District Court - E.D. Tenn. | 3. Date of Report  05/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior U.S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address  800 Market Street  Suite 141  Knoxville, TN 37902 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 05/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Tennessee Consolidated Retirement System Judicial Retirement | $14,816.58 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jordan, Robert L.** | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T Inc. | A | Dividend | J | T | | | | | |
| 2. American Trust Bank of East TN | | None | J | T | | | | | |
| 3. BB&T | C | Dividend | M | T | | | | | |
| 4. BP PLC | A | Dividend | J | T | | | | | |
| 5. Comcast | A | Dividend | K | T | | | | | |
| 6. Dow Chem. | A | Dividend | K | T | | | | | |
| 7. EMC | A | Dividend | J | T | | | | | |
| 8. First Horizon | A | Dividend | K | T | | | | | |
| 9. General Electric | A | Dividend | K | T | | | | | |
| 10. IBM | A | Dividend | K | T | | | | | |
| 11. JDS Uniphase Corp | | None | J | T | | | | | |
| 12. John Hancock | | None | K | T | | | | | |
| 13. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 14. Alcatel-Lucent | | None | J | T | | | | | |
| 15. Medtronic | A | Dividend | J | T | | | | | |
| 16. NASDQ - 100 | | None | J | T | | | | | |
| 17. Pfizer | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Phoenix Cos. | | None | J | T | | | | | |
| 19. Putnam Global Growth | A | Dividend | K | T | | | | | |
| 20. Guggenheim | B | Dividend | J | T | | | | | |
| 21. Sun Trust Bank | E | Dividend | O | T | | | | | |
| 22. Twin Cities Financial, Inc. | A | Dividend | K | T | | | | | |
| 23. Tyco Intl. | A | Dividend | J | T | | | | | |
| 24. Cohen & Steers Select Utility | C | Dividend | K | T | | | | | |
| 25. Vanguard Growth Index Fund | B | Dividend | L | T | | | | | |
| 26. Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 27. Vanguard Mid Cap Index Fund | B | Dividend | L | T | | | | | |
| 28. Vanguard Small Cap Value Fund | B | Dividend | L | T | | | | | |
| 29. Vanguard Health Care Fund | C | Dividend | L | T | | | | | |
| 30. INTEREST, CDS, SAVINGS, ETC. | | | | | | | | | |
| 31. Regions Bank | B | Interest | N | T | | | | | |
| 32. Citizens Bank of Blount County | A | Interest | K | T | | | | | |
| 33. First Tennessee | B | Interest | N | T | | | | | |
| 34. Home Federal | B | Interest | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | SunTrust | B | Interest | N | T | | | | | |
| 36. | Y-12 FCU | A | Interest | | | Closed | 11/10/14 | L | | |
| 37. | American Trust Bank | A | Interest | M | T | | | | | |
| 38. | Capital Mark Bank | B | Interest | M | T | | | | | |
| 39. | Clayton B&T | A | Interest | M | T | | | | | |
| 40. | US Bank | A | Interest | | | Closed | 01/03/14 | M | | |
| 41. | | | | | | | | | | |
| 42. | Vanguard Int'l Value Fund | B | Dividend | L | T | | | | | |
| 43. | Vanguard Prime Cap Core Fund | B | Dividend | L | T | | | | | |
| 44. | Atmos Energy | B | Dividend | K | T | | | | | |
| 45. | | | | | | | | | | |
| 46. | Merrill Lynch Custodian IRA | | | | | | | | | |
| 47. | - Regions Bank | A | Dividend | J | T | | | | | |
| 48. | - General Electric | A | Dividend | K | T | | | | | |
| 49. | - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 50. | - Merrill Lynch Ret. Reserves | | None | J | T | | | | | |
| 51. | - PerkinElmer | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Sun Trust Bank | A | Dividend | J | T | | | | | |
| 53. - Tanger Factory Outlet | A | Dividend | K | T | | | | | |
| 54. - Capital Bank | | None | J | T | | | | | |
| 55. - Microsoft Corp. | A | Dividend | K | T | | | | | |
| 56. - Ingersoll-Rand | A | Dividend | J | T | | | | | |
| 57. - Medtronic | A | Dividend | J | T | | | | | |
| 58. - Allegion | A | Dividend | J | T | | | | | |
| 59. | | | | | | | | | |
| 60. DEFERRED COMPENSATION - STATE OF TENNESSEE | | | | | | | | | |
| 61. - Plan I - 457 | | | | | | | | | |
| 62. Fidelity Puritan Fund | B | Distribution | K | T | | | | | |
| 63. Fidelity International Discovery | B | Distribution | K | T | | | | | |
| 64. Fidelity OTC Portfolio | B | Distribution | L | T | | | | | |
| 65. Fidelity Contrafund | B | Distribution | L | T | | | | | |
| 66. Nationwide Bank Account | B | Distribution | K | T | | | | | |
| 67. - Plan II - 401K | | | | | | | | | |
| 68. Nationwide Bank Account | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ING VP Growth and Income (Now Voya VP Growth and Income) | B | Distribution | M | T | | | | | |
| 70. Vanguard Institutional Index Fund | B | Distribution | K | T | | | | | |
| 71. | | | | | | | | | |
| 72. Ingersoll-Rand | A | Dividend | J | T | | | | | |
| 73. Verizon Communications | A | Dividend | J | T | | | | | |
| 74. TN Valley Fin. Hldr. Inc. | | None | J | T | | | | | |
| 75. Caterpillar Inc. | A | Dividend | K | T | | | | | |
| 76. LSI | | None | | | Sold | 05/06/14 | J | A | |
| 77. TE Connectivity | A | Dividend | J | T | | | | | |
| 78. Covidien | A | Dividend | J | T | | | | | |
| 79. Vanguard REIT | A | Dividend | K | T | | | | | |
| 80. DEERE CO. | A | Dividend | K | T | | | | | |
| 81. Foothills B&T | B | Interest | N | T | | | | | |
| 82. Alcoa FCU | A | Interest | J | T | | | | | |
| 83. Home Depot | A | Dividend | K | T | | | | | |
| 84. Cisco Sys | A | Dividend | K | T | | | | | |
| 85. Proctor & Gamble | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TN Engy. Bond | A | Interest | L | T | | | | | |
| 87. Monsanto | A | Dividend | K | T | | | | | |
| 88. Exxon-Mobil | B | Dividend | K | T | | | | | |
| 89. Genl-Dyn | A | Dividend | J | T | | | | | |
| 90. Merck | A | Dividend | J | T | | | | | |
| 91. Kroger | A | Dividend | J | T | | | | | |
| 92. Virtus Inv. Ptrs. | A | Dividend | J | T | | | | | |
| 93. Frontier Comm. Corp. | A | Dividend | J | T | | | | | |
| 94. Johnson City TN Health & EDL | C | Interest | L | T | | | | | |
| 95. Bristol-Myers Squibb | A | Dividend | J | T | | | | | |
| 96. Johnson Controls | A | Dividend | J | T | | | | | |
| 97. Boeing Co. | A | Dividend | J | T | | | | | |
| 98. TN ENG ACQ CRP | C | Interest | L | T | | | | | |
| 99. Texas Inst. | A | Dividend | J | T | | | | | |
| 100. Pentair Ltd. | A | Dividend | J | T | | | | | |
| 101. Renasant Bank | B | Interest | N | T | | | | | |
| 102. Chesapeake Energy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. The Mosaic Co. | A | Dividend | J | T | | | | | |
| 104. AIG | A | Dividend | J | T | | | | | |
| 105. Joy Global | A | Dividend | J | T | | | | | |
| 106. ADT | A | Dividend | J | T | | | | | |
| 107. Stewart County, Tennessee, Bonds | A | Interest | K | T | | | | | |
| 108. Mallinckrodt PLC | | None | J | T | | | | | |
| 109. Allegion | A | Dividend | J | T | | | | | |
| 110. Rayonier, Inc. | A | Dividend | J | T | | | | | |
| 111. Rayonier Advanced Mat., Inc. | A | Dividend | J | T | Spinoff (from line 110) | 07/03/14 | J | | |
| 112. Plum Creek Timber Co. | A | Dividend | J | T | Buy | 03/24/14 | J | | |
| 113. Walgreen Co. | A | Dividend | J | T | Buy | 08/06/14 | J | | |
| 114. Seventy-Seven Energy, Inc. | | None | J | T | Spinoff (from line 102) | 07/09/14 | J | | |
| 115. Merrill Lynch CMA Money Fund | A | Interest | M | T | Buy | 01/01/14 | M | | |
| 116. Ford Motor Co. | A | Dividend | J | T | Buy | 08/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L. | 05/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert L. Jordan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544